WEIL & ASSOCIATES
295 Redondo Ave., Suite 203
Long Beach, CA 90803
Phone: (562) 438-8149
Fax: (562) 490-8416
David Weil (State Bar No. 180420)
    dweil@weilmaritime.com

Attorneys for Plaintiff
MESA ENVIRONMENTAL SERVICES, INC.

DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Scott R. Commerson (State Bar No. 227460)
    Email: scottcommerson@dwt.com
Brendan Charney (State Bar No. 293378)
    Email: brendancharney@dwt.com

Attorneys for Defendant
VITUS ENERGY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA ENVIRONMENTAL SERVICES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>VITUS ENERGY, LLC, an Alaska Limited Liability Company, *in personam*; and The Vessel "HANNAH 2801," a Commercial Tank Barge, U.S. Official No. 630013, and all of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, *in rem*,<br><br>                    Defendants. | Case No. **2:17-cv-02022-SJO-FFM**<br><br>**STIPULATION TO DISMISS IN REM CLAIM, TO TRANSFER VENUE TO THE DISTRICT OF ALASKA, AND TO SUBMIT TO PERSONAL JURISDICTION**<br><br>Assigned to The Honorable S. James Otero<br>Court Room No. 10C<br><br>([Proposed] Order Filed Concurrently) |

This Stipulation is entered by and between plaintiff Mesa Environmental Services, Inc. ("Mesa"), on the one hand, and defendant Vitus Energy, LLC ("Vitus"), on the other hand (collectively, the "Parties"), with reference to the following facts or statements regarding this action:

1. On March 14, 2017, Mesa filed the Complaint in this action, including an *In Personam* claim against Vitus, and an *In Rem* claim against the "Hannah 2801," and all of Her Engines, Tackle, Accessories, Equipment, Furnishings And Appurtenances (the "Hannah"). At all times relevant to Mesa's allegations in the Complaint, Vitus was the demise charterer and sole operator of the Hannah.

2. Mesa agrees to dismiss with prejudice the *In Rem* claim against the Hannah, each party to bear its own attorney fees and costs.

3. Mesa agrees to transfer venue of the *In Personam* claim against Vitus to the District of Alaska.

4. Vitus agrees to submit to personal jurisdiction in the District of Alaska and, as security for the *In Personam* claim, to tender a cashier's check to the Clerk of the U.S. District Court for the Central District of California in the amount of three hundred and fifty thousand dollars ($350,000.00).

5. The District of Alaska has personal jurisdiction over Vitus because Vitus is an Alaska Limited Liability Company doing business in Alaska with its principal place of business in Alaska.

6. Federal Subject Matter Jurisdiction exists because the claims alleged by Mesa are admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Supplemental Rules for Certain Admiralty Claims, over which this Court has jurisdiction pursuant to Article III, Section 2 of the U.S. Constitution and 28 U.S.C. §1333(1). Federal subject matter jurisdiction may further be exercised pursuant to the Federal Maritime Lien Act, 46 U.S.C. §§ 31301, *et. seq.*

7. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY AGREED THAT:

1. Vitus agrees to tender a cashier's check to the Clerk of the U.S. District Court for the Central District of California in the amount of three hundred and fifty thousand dollars ($350,000.00) promptly upon the filing of this Stipulation. Said funds shall be held by the Court as security for any judgment, including any award of attorneys' fees and costs, rendered in favor of Mesa.
2. Mesa agrees to dismiss with prejudice the *In Rem* claim against the Hannah, each party to bear its own attorney fees and costs, promptly upon tender of that said cashier's check for deposit to the Registry of the Court.
3. Vitus and Mesa stipulate to transfer the venue of the *In Personam* claim against Vitus to the District of Alaska.
4. Vitus shall submit to the specific jurisdiction of the District of Alaska on all matters relating to or arising out of the Complaint in this action.

DATED: May 15, 2017        DAVIS WRIGHT TREMAINE LLP

By: */s/ Scott Commerson*
    SCOTT COMMERSON
    Attorneys for VITUS ENERGY, LLC,
    THE VESSEL "HANNAH 2801"

DATED: May 15, 2017        WEIL & ASSOCIATES

By: */s/ David Weil*
    DAVID WEIL
    Attorneys for Plaintiff
    MESA ENVIRONMENTAL SERVICES, INC.

2
STIPULATION TO DISMISS IN REM, TRANSFER VENUE
AND SUBMIT TO PERSONAL JURISDICTION

### Certification of Attorneys

This stipulation has been examined pursuant to L.R. 65-3 and is recommended for approval. It is not required by law to be approved by a judge. *See* Fed. R. Civ. Pro. E(5)(a) ("the giving of security, to be approved by the court or clerk").

DATED: May 15, 2017　　　　　　　　DAVIS WRIGHT TREMAINE LLP

By: */s/ Scott Commerson*
　　SCOTT COMMERSON
　　Attorneys for VITUS ENERGY, LLC,
　　THE VESSEL "HANNAH 2801"

WEIL & ASSOCIATES

By: */s/ David Weil*
　　DAVID WEIL
　　Attorneys for Plaintiff
　　MESA ENVIRONMENTAL SERVICES, INC.