WEIL & ASSOCIATES
295 Redondo Ave., Suite 203
Long Beach, CA 90803
Phone: (562) 438-8149
Fax: (562) 490-8416
David Weil (State Bar No. 180420)
  dweil@weilmaritime.com

Attorneys for Plaintiff
MESA ENVIRONMENTAL SERVICES, INC.

DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Scott R. Commerson (State Bar No. 227460)
  Email: scottcommerson@dwt.com
Brendan Charney (State Bar No. 293378)
  Email: brendancharney@dwt.com

Attorneys for Defendant
VITUS ENERGY, LLC

JS-6

FILED
CLERK, U.S. DISTRICT COURT
May 22, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA ENVIRONMENTAL SERVICES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>VITUS ENERGY, LLC, an Alaska Limited Liability Company, *in personam*; and The Vessel "HANNAH 2801," a Commercial Tank Barge, U.S. Official No. 630013, and all of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, *in rem*,<br><br>                    Defendants. | Case No. **2:17-cv-02022-SJO-FFM**<br><br>**ORDER DISMISSING IN REM CLAIM WITH PREJUDICE, TO TRANSFER VENUE OF IN PERSONAM CLAIM TO THE DISTRICT OF ALASKA, AND TO SUBMIT TO PERSONAL JURISDICTION**<br><br>Assigned to The Honorable S. James Otero<br>Court Room No. 10C<br><br>[Stipulation To Dismiss In Rem Claim, To Transfer Venue Of In Personam Claim To The District of Alaska, And To Submit To Personal Jurisdiction Filed Concurrently] |

The Court, having read and considered the concurrently-filed Stipulation To Dismiss In Rem Claim, To Transfer Venue Of In Personam Claim To The District Of Alaska, And To Submit To Personal Jurisdiction of the parties and finding good cause therefor, hereby ORDERS as follows:

1. Vitus Energy, LLC ("Vitus") shall tender a cashier's check to the Clerk of the U.S. District Court for the Central District of California in the amount of three hundred and fifty thousand dollars ($350,000.00).

2. The *In Rem* claim against the "Hannah 2801," and all of Her Engines, Tackle, Accessories, Equipment, Furnishings And Appurtenances is dismissed with prejudice, each party to bear its own attorney fees and costs.

3. The *In Personam* claim against Vitus is transferred to the District of Alaska.

4. Vitus shall submit to the specific jurisdiction of the District of Alaska on all matters relating to or arising out of the Complaint in this action.

DATED: <u>May 16, 2017</u>

By: *S. James Otero*
The Honorable S. James Otero
Judge of the U.S. District Court for the
Central District of California