Jon S. Dawson, ABA #8406022
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MESA ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VITUS ENERGY LLC, in personam, <br><br> Defendant. | Case No. 3:17-cv-00113-SLG |

STIPULATION FOR DISBURSEMENT OF BOND AMOUNTS AND FOR DISMISSAL WITH PREJUDICE

Plaintiff Mesa Environmental Services, Inc. ("Mesa") and Defendant Vitus Energy LLC ("Vitus") hereby stipulate and agree as follows:

1. The parties have entered into a settlement of the above-captioned action.

2. Vitus previously posted a cash bond in this matter (the "Bond"). The amount being held in the registry of the Court in connection with the Bond (including earnings) was $350,350.86 as of July 20, 2017.

3. Pursuant to the parties' stipulation:

(a) $298,519.52 of the amount being held in the registry of the Court in connection with the Bond shall be disbursed to Mesa;

(b) all remaining Bond amounts in the registry of the Court shall be disbursed to Vitus;

(c) After disbursement of the $298,519.52 as provided in paragraph 3(a) and the remaining sum in paragraph 3(b) above, all claims that were or could have been brought in the above-captioned action by either Mesa or Vitus shall be dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 2nd day of August, 2017.

> LAW OFFICE OF STEVEN J. SHAMBUREK
> Attorney for Plaintiff Mesa Environmental Services, Inc.
>
> By: /Steven J. Shamburek (by consent)
> Steven J. Shamburek, ABA No. 8606063

DATED this 2nd day of August, 2017.

> DAVIS WRIGHT TREMAINE LLP
> Counsel for Defendant Vitus Energy LLC
>
> By: /Jon S. Dawson
> Jon S. Dawson, ABA No. 8406022

Certificate of Service

On the 2nd day of August, 2017, a true and correct copy of the foregoing STIPULATION FOR DISBURSEMENT OF BOND AMOUNTS AND FOR DISMISSAL WITH PREJUDICE was sent by the Court's ECF system, to the following parties:

Law Office of Steven J. Shamburek
Jon S. Dawson

/s/ Jon S. Dawson

*Mesa v. Vitus* – Case No. 3:17-cv-00113-SLG       2
4814-6189-3964v.4 0090817-000027

Case 3:17-cv-00113-SLG   Document 44   Filed 08/02/17   Page 2 of 2