# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MESA ENVIRONMENTAL SERVICES, INC., </br> </br> Plaintiff, </br> </br> vs. </br> </br> VITUS ENERGY LLC, in personam, </br> </br> Defendant. | Case No. 3:17-cv-00113-SLG |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Disbursement of Bond Amounts and for Dismissal with Prejudice (the "Stipulation"),

NOW, THEREFORE, it is hereby ordered:

1. The Stipulation is approved.

2. The Clerk of Court is directed to disburse to Plaintiff Mesa Environmental Services, Inc. ("Mesa") $298,519.52 of the amount being held in the registry of the Court in connection with the cash bond (the "Bond") posted by Defendant Vitus Energy LLC ("Vitus") in this matter.

3. All Bond amounts remaining in the registry of the Court after the disbursement called for in the preceding paragraph shall be paid to Vitus.

4. Upon the making of the disbursements called for in paragraphs 2 and 3, all claims that were or could have been brought in the above-captioned action by Mesa or Vitus shall be deemed dismissed with prejudice without necessity of any further order or action on the part of the Court, each party to bear its own attorney fees and costs.

DATED this 4th day of August, 2017.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE