## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MESA ENVIRONMENTAL SERVICES, INC., )
)
)
    Plaintiff, )
)
vs. )
)
VITUS ENERGY LLC, *in personam*, et al., )    Case No. 3:17-cv-00113-SLG
)
    Defendant. )
_____)

### AMENDED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Disbursement of Bond Amounts and for Dismissal with Prejudice (the "Stipulation"),

IT IS HEREBY ORDERED:

1.    The Stipulation is approved.

2.    The Clerk of Court is directed to disburse to Plaintiff Mesa Environmental Services, Inc. ("Mesa") $298,519.52 of the amount being held in the registry of the Court in connection with the cash bond (the "Bond") posted by Defendant Vitus Energy LLC ("Vitus") in this matter.

3.    The Bond amount remaining in the registry of the Court after the disbursement called for in the preceding paragraph shall be paid to Vitus.

4.    Upon the making of the disbursements called for in paragraphs 2 and 3, all claims that were or could have been brought in the above-captioned action by Mesa or Vitus shall be deemed DISMISSED with prejudice without necessity of any further order or action on the part of the Court, each party to bear its own attorney fees and costs.

5.    Any accumulated interest shall be distributed to Vitus at the following address:

Vitus Energy LLC
c/o Davis Wright Tremaine LLP
188 W. Northern Lights Blvd., Suite 1100
Anchorage, AK 99503

The tax identification number for Vitus must be provided before distribution of the

interest.  Tax identification numbers may be delivered to the Clerk's financial office.

DATED this 9th day of August, 2017.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cv-00113-SLG, *Mesa v. Vitus*
Amended Order
Page 2 of 2
Case 3:17-cv-00113-SLG   Document 46   Filed 08/09/17   Page 2 of 2